**Willie Hugh WALKER, Jr.,**
**Plaintiff—Appellant,**

v.

**UNITED STATES of America; et al., Defendants—Appellees.**

No. 06–35929.

United States Court of Appeals,
Ninth Circuit.

Submitted May 7, 2007 *.

Filed May 14, 2007.

Willie Hugh Walker, Jr., Birmingham, AL, pro se.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Rebecca Shapiro Cohen, Esq., Office of the U.S. Attorney, Seattle, WA, for Defendants–Appellees.

Before: KOZINSKI, GOULD and CALLAHAN, Circuit Judges.

MEMORANDUM **

A review of the record, the briefs and the response to this court's February 22, 2007 order indicate that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.